NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ZHEJIANG NATIVE PRODUCE & ANIMAL BY-PRODUCTS IMPORT & EXPORT CORP., KUNSHAN FOREIGN TRADE CO., CHINA (TUSHU) SUPER FOOD IMPORT & EXPORT CORP., HIGH HOPE INTERNATIONAL GROUP JIANGSU FOODSTUFFS IMPORT & EXPORT CORP., NATIONAL HONEY PACKERS & DEALERS ASSOCIATION, ALFRED L. WOLFF, INC., C.M. GOETTSCHE & CO., CHINA PRODUCTS NORTH AMERICA, INC., D.F. INTERNATIONAL (USA), INC., EVERGREEN COYLE GROUP, INC., EVERGREEN PRODUCE, INC., PURE SWEET HONEY FARM, INC., AND SUNLAND INTERNATIONAL, INC.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**AND**

**SIOUX HONEY ASSOCIATION AND AMERICAN HONEY PRODUCERS ASSOCIATION,**
*Defendants-Appellees.*

———————————

2013-1574

———————————

Appeal from the United States Court of International Trade in No. 02-CV-0057, Judge Richard K. Eaton.

---

**JUDGMENT**

---

MARK PARDO, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief were BRUCE M. MITCHELL, NED H. MARSHAK, JOHN M. FOOTE, and ANDREW T. SCHUTZ.

JANE C. DEMPSEY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. On the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director. Of counsel was Carrie Anna Dunsmore, Trial Attorney.

MICHAEL J. COURSEY, Kelley Drye & Warren LLP, of Washington, DC, argued for defendants-appellees, Sioux Honey Association, et al. With him on the brief was R. ALAN LUBERDA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


   October 10, 2014                   /s/  Daniel  E.  O'Toole
          Date                        Daniel E. O'Toole
                                      Clerk of Court